AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

CONNOR SPORT COURT INTERNATIONAL, LLC

*Plaintiff(s)*

v.

SPORT SURFACES LLC

*Defendant(s)*

Civil Action No. 9:23-CV-81507-AMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SPORT SURFACES LLC
7011 WILSON RD.
WEST PALM BEACH, FL 33413

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L.A. PERKINS, ESQ.
PERKINS LAW - BRAND PROTECTION
5301 N. FEDERAL HWY, SUITE 110
BOCA RATON, FL 33487
LPerkins@BrandProtection.Law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 22, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Quinones
Deputy Clerk
U.S. District Courts